IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALLY JOE JONES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3711

Opinion filed June 4, 2015.

An appeal from an order of the Circuit Court for Walton County.
John F. Simon, Jr., Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     In this Anders[1] appeal, we affirm the judgment and sentences but remand for the trial court to correct the written judgment in case number 13CF-634 to reflect a conviction for burglary of an unoccupied conveyance, a third-degree felony, for count one, and grand theft of more than $10,000 but less than $20,000, a third-degree felony, for count two. See Washington v. State, 37 So. 3d 376 (Fla. 1st

_____

[1] Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2d 493 (1967).

DCA 2010) (affirming <u>Anders</u> appeal but remanding for correction of scrivener's error).

AFFIRMED and REMANDED.

ROWE, RAY, and OSTERHAUS, JJ., CONCUR.